**Robert S. WOLFF, Edward Turner, et al., Plaintiffs–Appellees,**

v.

**CASH 4 TITLES, d.b.a. Charles Richard Homa, et al., Defendants,**

Linda Wilson, World Express International, LLC, Interested–Parties–Appellants.

No. 04–11839.

D.C. Docket No. 00–00542 CV–PCH.

United States Court of Appeals, Eleventh Circuit.

June 14, 2005.

Lawrence Allan Kellogg, Rhett Traband, Tew, Cardenas, et. al., Barton Stuart Sacher, Nancy J. Van Sant, Sacher, Zelman, Van Sant, et al. P.A., Miami, FL, for Plaintiffs–Appellees.

William J. Sheppard, William J. Sheppard, D. Gray Thomas, Sheppard, White & Thomas, P.A., Jacksonville, FL, for Interested–Parties–Appellants.

Before DUBINA and WILSON, Circuit Judges, and LAWSON,* District Judge.

PER CURIAM.

AFFIRMED. *See* 11th Cir. R. 36–1.[1]

---

* Honorable Hugh Lawson, United States District Judge for the Middle District of Georgia, sitting by designation.

1. 11th Cir. R. 36–1 provides:

When the court determines that any of the following circumstances exist:

(a) the judgment of the district court is based on findings of fact that are not clearly erroneous;

(b) the evidence in support of a jury verdict is sufficient;

(c) the order of an administrative agency is supported by substantial evidence on the record as a whole;

(d) summary judgment, directed verdict, or judgment on the pleadings is supported by the record;

(e) the judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.